FILED

AUG 19 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 25-40035-JPG |
| | ) | |
| BRANDON G. WEBSTER, | ) | Title 18, |
| | ) | United States Code, |
| Defendant. | ) | Section 844(i) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### ARSON OF PROPERTY USED IN OR AFFECTING INTERSTATE COMMERCE

On or about September 30, 2024, in Franklin County, within the Southern District of Illinois,

**BRANDON G. WEBSTER,**

defendant herein, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, the building at 1000 South Jefferson Street, West Frankfort, Illinois, and other real and personal property used in interstate and foreign commerce, and in activities affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 844(i).

JOHN D. A. TRIPPI
Assistant United States Attorney

Digitally signed by STEVEN WEINHOEFT
Date: 2025.08.18 18:17:15 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: $5,000 Unsecured Bond